# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

VERSUS

OCCIDENTAL CHEMICAL COMPANY, ET AL

NO.   2020 CW 0632

**NOVEMBER 09, 2020**

---

In Re:   Zurich American Insurance Company, Steadfast Insurance Company, American Guarantee & Liability Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and AIG Specialty Insurance Company, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE:   GUIDRY, PENZATO, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.**

**JMG
AHP
WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT